PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Allison Neil**  Docket No. **09-CR-00463**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Kenneth Rowan**, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Allison Neil**, who was placed under pretrial release supervision by the **Honorable Esther Salas, U.S. Magistrate Judge**, sitting in the Court at Newark, New Jersey, on January 23, 2009, under the following conditions:

1. $100,000 unsecured appearance bond with one co-signer.
2. The defendant will be placed on electronic monitoring, and will remain at her residence at all times except for the following reasons: attorney meetings; court appearances; medical treatment; religious services and other release as authorized by Pretrial Services. The defendant shall pay all or part of the cost of electronic monitoring, based upon his ability to pay as determined by the Court and the Pretrial Services Agency.
3. The defendant shall maintain residence with the third party custodian, Paulette Neil.
4. The defendant shall surrender all travel documents.
5. The defendant's travel shall be limited to New Jersey for court appearances only, and New York, unless approved by Pretrial Services.
6. The defendant shall be subject to drug testing and treatment, as deemed appropriate by Pretrial Services.
7. The defendant is to have no contact with any co-defendant in this matter unless in the presence of counsel.

On July 14, 2009, her bail was modified by removing electronic monitoring and home incarceration. On February 9, 2010, her bail was again modified by removing Paulette Neil as third party custodian, and no longer requiring the defendant to maintain her residence with her.

On June 19, 2009, she appeared before Your Honor for a plea hearing. Her sentencing date is scheduled for August 16, 2010.

The defendant has been compliant since her release on bail.

Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER **mental health treatment, as directed by Pretrial Services.**

ORDER OF COURT

Considered and ordered this __22ND__ day of __JUNE__, __2010__ and ordered filed and made a part of the records in the above case.

_____
Dennis M. Cavanaugh
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __May 24, 2010__

_____
Kenneth Rowan
U.S. Pretrial Services Officer